# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1333
Lower Tribunal Nos. 2023-CF-017020, 2024-CF-015257, and 2024-CF-015267

_____

TERELL DANTE WASHINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and PRATT, JJ., concur.


Blair Allen, Public Defender, and Ronald N. Toward, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED